IRVING NAT. BANK v. AMERICAN STEEL CO. (Circuit Court of Appeals, Second Circuit. December 5, 1921.) No. 68. In Error to the District Court of the United States for the Southern District of New York. Action by the American Steel Company against the Irving National Bank. Judgment for plaintiff, and defendant brings error. Affirmed. Certiorari denied, 256 U. S. ——, 42 Sup. Ct. 271, 66 L. Ed. ——. See, also, 266 Fed. 41. Daniel E. Hanlon, of New York City (Charles Oakes, Daniel E. Hanlon, and Joseph S. Buhler, all of New York City, of counsel), for plaintiff in error. Larkin,

Rathbone & Perry, of New York City (Albert Stickney, of New York City, of counsel), for defendant in error. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.